UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DENNIS MICHAEL SALERNO,

       Petitioner,                              Case No. 1:05-cv-344

v.                                             Honorable Richard Alan Enslen

STATE OF MICHIGAN,

       Respondent.
_____/              **FINAL ORDER**

       In accordance with an Opinion entered this date:

       **IT IS HEREBY ORDERED** that Petitioner Dennis Michael Salerno's Objections (Dkt. No. 56) are **DENIED** and the Report and Recommendation (Dkt. No. 32) is **ADOPTED**.

       **IT IS FURTHER ORDERED** that Petitioner Dennis Michael Salerno's Petition for Writ of Habeas Corpus is **DENIED**.

       **IT IS FURTHER ORDERED** a certificate of appealability is **DENIED** as to all issues asserted in the Petition.

Dated in Kalamazoo, MI:                       /s/Richard Alan Enslen
July 27, 2007                                 Richard Alan Enslen
                                               Senior United States District Judge